# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0430

VERSUS

JOSEPH MICHAEL LEE                                    **JULY 20, 2020**

---

In Re:    Joseph Michael Lee, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 2454-M-2019.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

                            **PMc**
                            **JEW**
                            **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT